

# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 24, 2013**

**NO. 12-11-00151-CV**

**FRANK KEATHLEY AND MELISSA KEATHLEY,**
Appellants
V.
**CORBITT BAKER,**
Appellee

Appeal from the County Court at Law #3
of Smith County, Texas. (Tr.Ct.No. 51,959-B)

THIS CAUSE came to be heard on the oral arguments, appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment of the trial court below insofar as the award of $25,000.00 in appellate attorney's fees to Corbitt Baker was excessive, and that in order to obtain an affirmance of the appellate attorney's fee award, Appellee Corbitt Baker must file a remittitur in the amount of $8,000.00; and it appearing that Appellee has timely filed such remittitur, it is the opinion of this court that the portion of the trial court's judgment awarding appellate attorney's fees, as reduced by $8,000.00, be **MODIFIED AND, AS MODIFIED, AFFIRMED.**

It is further ORDERED, ADJUDGED and DECREED that, in all other respects, the trial court's judgment is **affirmed**; all costs of this appeal are hereby assessed against the Appellants, **FRANK KEATHLEY AND MELISSA KEATHLEY**, for which execution may issue; and that this decision be certified to the court below for observance.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*